that there was sufficient evidence to support the trial judge's findings and order.[2]

Judgment affirmed.

Lybrook, P.J., and Lowdermilk, J., concur.

NOTE — Reported at 382 N.E.2d 952.

DELAWARE COUNTY INDIANA, BOARD OF COMMISSIONERS OF THE COUNTY OF DELAWARE, JAMES A. BARTLETT, DELAWARE COUNTY HIGHWAY DEPARTMENT, AND DOES I THROUGH X, INCLUSIVE v. DELORIS J. POWELL

[No. 1-678A160. Filed November 14, 1978. Transfer granted November 5, 1979.]

---

2. "The Court, after hearing and being advised in the premises, now finds that James L. Binkley has, for more than three months, been living out of doors and foraging for food in garbage receptacles.

The Court further finds James L. Binkley often has difficulty communicating.

The Court further finds that James L. Binkley suffers from schizophrenia, is mentally ill and dangerous to himself in that his conduct of living without shelter and foraging from garbage receptacles presents a substantial risk that he will harm himself.

The Court further finds that James L. Binkley is mentally ill and gravely disabled in that he is in danger of coming to harm because of his inability to provide for his food, clothing, shelter and other essential human needs for the reason that he lives out of doors without adequate shelter and forages for food in garbage receptacles.

The Court further finds that James L. Binkley should benefit from psychiatric care and treatment."